IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENYUAN (AMY) ZHANG, | |
| Plaintiff, | No. C 10-01906 JSW |
| v. | |
| GREG W. YE, and DOES 1 through 10, | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendants. / | |

This matter is set for a hearing on July 23, 2010 on Defendant Greg W. Ye's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than May 26, 2010 and a reply brief, if any, shall be filed by no later than June 2, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 12, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE