**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENYUAN (AMY) ZHANG,<br><br>    Plaintiff,<br><br>  v.<br><br>GREG W. YE, and DOES 1 through 10,<br><br>    Defendants.<br>_____/ | No. C 10-01906 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

      This matter is set for a hearing on July 30, 2010 on Defendant Greg W. Ye's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than June 17, 2010 and a reply brief, if any, shall be filed by no later than June 24, 2010.

      If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

      **IT IS SO ORDERED.**

Dated: June 3, 2010

                                                        JEFFREY S. WHITE<br>
                                                        UNITED STATES DISTRICT JUDGE