Kassra P. Nassiri (State Bar No. 215405)
Andrew R. Kislik (State Bar No. 118772)
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, California 94108
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

Attorneys for Plaintiff
WENYUAN (AMY) ZHANG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WENYUAN (AMY) ZHANG,<br><br>Plaintiff,<br><br>v.<br><br>GREG W. YE, et al.,<br><br>Defendants. | Case No. CV 10-01906 JSW<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Date: August 12, 2010<br>Time: 1:30 p.m.<br>Courtroom 11, 19th Floor<br>Judge: Hon. Jeffrey S. White |

Pursuant to the Stipulation of Plaintiff Wenyuan (Amy) Zhang and Defendant Greg W. Ye (appearing specially), and for good cause shown,

IT IS HEREBY ORDERED THAT THE case management conference in this action is rescheduled for  October 15  , 2010, at 1:30 p.m., in Courtroom 11 of this Court, and that the dates for the filing of the case management conference statement and for making initial disclosures are continued commensurately.

-1-
ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. CV 10-01906 JSW

1  IT IS SO ORDERED.

3  Dated: July 26, 2010

*Jeffrey S. White*

JEFFREY S. WHITE

U.S. DISTRICT COURT JUDGE