Kassra P. Nassiri (State Bar No. 215405)
Andrew R. Kislik (State Bar No. 118772)
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, California 94108
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

Attorneys for Plaintiff
WENYUAN (AMY) ZHANG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WENYUAN (AMY) ZHANG,<br><br>    Plaintiff,<br><br>v.<br><br>GREG W. YE, et al.,<br><br>    Defendants. | Case No. CV 10-01906 JSW<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Date:    October 15, 2010<br>Time:   1:30 p.m.<br>Courtroom 11, 19th Floor<br>Judge:  Hon. Jeffrey S. White |

Pursuant to the Stipulation of Plaintiff Wenyuan (Amy) Zhang and Defendant Greg W. Ye (appearing specially), and for good cause shown,

IT IS HEREBY ORDERED THAT THE case management conference in this action is rescheduled for _November 12_, 2010, at 1:30 p.m., in Courtroom 11 of this Court, and that the dates for the filing of the case management conference statement and for making initial disclosures, as well as the date for the ADR Phone

1 Conference (currently set for October 12, 2010) are continued commensurately, or
2 to such other date as the Court subsequently sets.
3     IT IS SO ORDERED.
4
5 Dated: October 8, 2010            _____
6                                         JEFFREY S. WHITE
7                                         U.S. DISTRICT COURT JUDGE