Kassra P. Nassiri (State Bar No. 215405)
Andrew R. Kislik (State Bar No. 118772)
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, California 94108
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

Attorneys for Plaintiff
WENYUAN (AMY) ZHANG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WENYUAN (AMY) ZHANG,<br><br>    Plaintiff,<br><br>v.<br><br>GREG W. YE, et al.,<br><br>    Defendants.<br>_____ | Case No. CV 10-01906 JSW<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

In accordance with the Request for Dismissal filed by Plaintiff Wenyuan (Amy) Zhang,

IT IS HEREBY ORDERED THAT this action is DISMISSED.

DATED: November 10, 2010

_____
JEFFREY S. WHITE
U.S DISTRICT COURT JUDGE